MediaNews Group Interactive 101 W Colfax Ave, Ste 1100 Denver, CO 80202

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Grays, Tiffany T | MediaNews Group Interactive | | 118640 | 02/01/2015 | 02/15/2015 | 02/13/2015 | |
| | | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | | Net Pay |
| Current | | 1,816.67 | 247.18 | 125.81 | 434.02 | | 1,009.66 |
| YTD | | 5,450.01 | 741.54 | 371.70 | 456.62 | | 3,880.15 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Personal Day | | | | | 167.70 |
| Regular - Salaried | 02/01/2015-02/15/2015 | 78.67 | 0 | 1,648.97 | 5,114.61 |
| Sick Pay | 02/01/2015-02/15/2015 | 8 | 20.9615 | 167.70 | 167.70 |
| Earnings | | | | 1,816.67 | 5,450.01 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 97.31 | 291.93 |
| Medicare | 22.75 | 68.27 |
| City Tax - DNVR | 5.75 | 11.50 |
| Employee Taxes | 125.81 | 371.70 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental | 6.08 | 18.24 |
| FSA Dependent Care | 83.33 | 249.99 |
| FSA Medical | 104.17 | 312.51 |
| Parking 101 | 50.00 | 150.00 |
| Vision | 3.60 | 10.80 |
| Pre Tax Deductions | 247.18 | 741.54 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dep Life Child AT | 0.70 | 2.10 |
| Supplemental Life | 10.60 | 31.80 |
| Creditor Garnishment (09C11273) | 422.72 | 422.72 |
| Post Tax Deductions | 434.02 | 456.62 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Dental - Employer Paid | 10.81 | 32.43 |
| Life Insurance - Employer Paid | 2.51 | 7.53 |
| LTD - Employer Paid | 9.45 | 28.35 |
| Employer Paid Benefits | 22.77 | 68.31 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,569.49 | 4,708.47 |
| Medicare - Taxable Wages | 1,569.49 | 4,708.47 |
| Federal Withholding - Taxable Wages | 1,569.49 | 4,708.47 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| The Bancorp Bank | The Bancorp Bank ******3026 | ******3026 | | 1,009.66 | USD |

MediaNews Group Interactive  101 W Colfax Ave , Ste 1100  Denver, CO 80202

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Grays, Tiffany T | MediaNews Group Interactive | 118640 | 01/16/2015 | 01/31/2015 | 01/30/2015 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,816.67 | 247.18 | 120.07 | 11.30 | 1,438.12 |
| YTD | 3,633.34 | 494.36 | 245.89 | 22.60 | 2,870.49 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Personal Day | 01/16/2015-01/31/2015 | 8 | 20.9615 | 167.70 | 167.70 |
| Regular - Salaried | 01/16/2015-01/31/2015 | 78.67 | 0 | 1,648.97 | 3,465.64 |
| Earnings | | | | 1,816.67 | 3,633.34 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 97.31 | 194.62 |
| Medicare | 22.76 | 45.52 |
| City Tax - DNVR | 0.00 | 5.75 |
| Employee Taxes | 120.07 | 245.89 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental | 6.08 | 12.16 |
| FSA Dependent Care | 83.33 | 166.66 |
| FSA Medical | 104.17 | 208.34 |
| Parking 101 | 50.00 | 100.00 |
| Vision | 3.60 | 7.20 |
| Pre Tax Deductions | 247.18 | 494.36 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dep Life Child AT | 0.70 | 1.40 |
| Supplemental Life | 10.60 | 21.20 |
| Post Tax Deductions | 11.30 | 22.60 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Dental - Employer Paid | 10.81 | 21.62 |
| Life Insurance - Employer Paid | 2.51 | 5.02 |
| LTD - Employer Paid | 9.45 | 18.90 |
| Employer Paid Benefits | 22.77 | 45.54 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,569.49 | 3,138.98 |
| Medicare - Taxable Wages | 1,569.49 | 3,138.98 |
| Federal Withholding - Taxable Wages | 1,569.49 | 3,138.98 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| The Bancorp Bank | The Bancorp Bank ******3026 | ******3026 | | 1,438.12 | USD |

MediaNews Group Interactive  101 W Colfax Ave, Ste 1100  Denver, CO 80202

| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Grays, Tiffany T | MediaNews Group Interactive | | | 118640 | 01/01/2015 | 01/15/2015 | 01/15/2015 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,816.67 | 247.18 | 125.82 | 11.30 | 1,432.37 |
| YTD | 1,816.67 | 247.18 | 125.82 | 11.30 | 1,432.37 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular - Salaried | 01/01/2015-01/15/2015 | 86.67 | 0 | 1,816.67 | 1,816.67 |
| Earnings | | | | 1,816.67 | 1,816.67 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 97.31 | 97.31 |
| Medicare | 22.76 | 22.76 |
| City Tax - DNVR | 5.75 | 5.75 |
| Employee Taxes | 125.82 | 125.82 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental | 6.08 | 6.08 |
| FSA Dependent Care | 83.33 | 83.33 |
| FSA Medical | 104.17 | 104.17 |
| Parking 101 | 50.00 | 50.00 |
| Vision | 3.60 | 3.60 |
| Pre Tax Deductions | 247.18 | 247.18 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dep Life Child AT | 0.70 | 0.70 |
| Supplemental Life | 10.60 | 10.60 |
| Post Tax Deductions | 11.30 | 11.30 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Dental - Employer Paid | 10.81 | 10.81 |
| Life Insurance - Employer Paid | 2.51 | 2.51 |
| LTD - Employer Paid | 9.45 | 9.45 |
| Employer Paid Benefits | 22.77 | 22.77 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,569.49 | 1,569.49 |
| Medicare - Taxable Wages | 1,569.49 | 1,569.49 |
| Federal Withholding - Taxable Wages | 1,569.49 | 1,569.49 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| The Bancorp Bank | The Bancorp Bank ******3026 | ******3026 | | 1,432.37 | USD |

MediaNews Group Interactive   101 W Colfax Ave , Ste 1100   Denver, CO 80202

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Grays, Tiffany T | MediaNews Group Interactive | | 118640 | 12/16/2014 | 12/31/2014 | 12/31/2014 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,816.67 | 139.60 | 128.30 | 11.30 | 1,537.47 |
| YTD | 12,884.39 | 588.22 | 1,138.01 | 22.60 | 10,931.83 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Personal Day | 12/16/2014-12/31/2014 | 8 | 20.9615 | 167.70 | 167.70 |
| Regular - Salaried | 12/16/2014-12/31/2014 | 62.67 | 0 | 1,313.57 | 9,055.37 |
| Sick Pay | 12/16/2014-12/31/2014 | 8 | 20.9615 | 167.70 | 1,173.86 |
| Vacation | 12/16/2014-12/31/2014 | 8 | 20.9615 | 167.70 | 503.09 |
| Earnings | | | | 1,816.67 | 10,900.02 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 103.98 | 646.09 |
| Medicare | 24.32 | 151.10 |
| Federal Withholding | 0.00 | 245.57 |
| State Tax - CO | 0.00 | 78.00 |
| City Tax - DNVR | 0.00 | 17.25 |
| Employee Taxes | 128.30 | 1,138.01 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401k Plan | | 109.02 |
| Dental | 5.64 | 11.28 |
| FSA Dependent Care | 80.00 | 160.00 |
| Parking 101 | 50.00 | 300.00 |
| Vision | 3.96 | 7.92 |
| Pre Tax Deductions | 139.60 | 588.22 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dep Life Child AT | 0.70 | 1.40 |
| Supplemental Life | 10.60 | 21.20 |
| Post Tax Deductions | 11.30 | 22.60 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Dental - Employer Paid | 10.48 | 20.96 |
| Life Insurance - Employer Paid | 2.51 | 5.02 |
| LTD - Employer Paid | 9.45 | 18.90 |
| Employer Paid Benefits | 22.44 | 44.88 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,677.07 | 10,420.82 |
| Medicare - Taxable Wages | 1,677.07 | 10,420.82 |
| Federal Withholding - Taxable Wages | 1,677.07 | 10,311.80 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| The Bancorp Bank | The Bancorp Bank ******3026 | ******3026 | | 1,537.47 | USD |

MediaNews Group Interactive 101 W Colfax Ave, Ste 1100 Denver, CO 80202

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Grays, Tiffany T | MediaNews Group Interactive | 118640 | 12/01/2014 | 12/15/2014 | 12/15/2014 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,816.67 | 139.60 | 134.04 | 11.30 | 1,531.73 |
| YTD | 11,067.72 | 448.62 | 1,009.71 | 11.30 | 9,394.36 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular - Salaried | 12/01/2014-12/15/2014 | 86.67 | 0 | 1,816.67 | 7,741.80 |
| Sick Pay | | | | | 1,006.16 |
| Vacation | | | | | 335.39 |
| Earnings | | | | 1,816.67 | 9,083.35 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 103.98 | 542.11 |
| Medicare | 24.31 | 126.78 |
| Federal Withholding | 0.00 | 245.57 |
| State Tax - CO | 0.00 | 78.00 |
| City Tax - DNVR | 5.75 | 17.25 |
| Employee Taxes | 134.04 | 1,009.71 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401k Plan | | 109.02 |
| Dental | 5.64 | 5.64 |
| FSA Dependent Care | 80.00 | 80.00 |
| Parking 101 | 50.00 | 250.00 |
| Vision | 3.96 | 3.96 |
| Pre Tax Deductions | 139.60 | 448.62 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dep Life Child AT | 0.70 | 0.70 |
| Supplemental Life | 10.60 | 10.60 |
| Post Tax Deductions | 11.30 | 11.30 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Dental - Employer Paid | 10.48 | 10.48 |
| Life Insurance - Employer Paid | 2.51 | 2.51 |
| LTD - Employer Paid | 9.45 | 9.45 |
| Employer Paid Benefits | 22.44 | 22.44 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,677.07 | 8,743.75 |
| Medicare - Taxable Wages | 1,677.07 | 8,743.75 |
| Federal Withholding - Taxable Wages | 1,677.07 | 8,634.73 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| The Bancorp Bank | The Bancorp Bank ******3026 | ******3026 | | 1,531.73 | USD |

MediaNews Group Interactive  101 W Colfax Ave , Ste 1100  Denver, CO 80202

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Grays, Tiffany T | MediaNews Group Interactive | 118640 | 11/01/2014 | 11/15/2014 | 11/14/2014 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,816.67 | 104.51 | 140.90 | 0.00 | 1,571.26 |
| YTD | 7,434.38 | 204.51 | 740.52 | 0.00 | 6,285.62 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular - Salaried | 11/01/2014-11/15/2014 | 86.67 | 0 | 1,816.67 | 4,779.24 |
| Sick Pay | | | | | 670.77 |
| Earnings | | | | 1,816.67 | 5,450.01 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 109.53 | 328.60 |
| Medicare | 25.62 | 76.85 |
| Federal Withholding | 0.00 | 245.57 |
| State Tax - CO | 0.00 | 78.00 |
| City Tax - DNVR | 5.75 | 11.50 |
| Employee Taxes | 140.90 | 740.52 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401k Plan | 54.51 | 54.51 |
| Parking 101 | 50.00 | 150.00 |
| Pre Tax Deductions | 104.51 | 204.51 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,766.67 | 5,300.01 |
| Medicare - Taxable Wages | 1,766.67 | 5,300.01 |
| Federal Withholding - Taxable Wages | 1,712.16 | 5,245.50 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| The Bancorp Bank | The Bancorp Bank ******3026 | ******3026 | | 1,571.26 | USD |

MediaNews Group Interactive  101 W Colfax Ave., Ste 1100  Denver, CO 80202

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Grays, Tiffany T | MediaNews Group Interactive | 118640 | 10/16/2014 | 10/31/2014 | 10/31/2014 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,816.67 | 50.00 | 140.90 | 0.00 | 1,625.77 |
| YTD | 5,617.71 | 100.00 | 599.62 | 0.00 | 4,714.36 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular - Salaried | 10/16/2014-10/31/2014 | 54.67 | 0 | 1,145.90 | 2,962.57 |
| Sick Pay | 10/16/2014-10/31/2014 | 32 | 20.9615 | 670.77 | 670.77 |
| Earnings | | | | 1,816.67 | 3,633.34 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 109.54 | 219.07 |
| Medicare | 25.61 | 51.23 |
| Federal Withholding | 0.00 | 245.57 |
| State Tax - CO | 0.00 | 78.00 |
| City Tax - DNVR | 5.75 | 5.75 |
| Employee Taxes | 140.90 | 599.62 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Parking 101 | 50.00 | 100.00 |
| Pre Tax Deductions | 50.00 | 100.00 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,766.67 | 3,533.34 |
| Medicare - Taxable Wages | 1,766.67 | 3,533.34 |
| Federal Withholding - Taxable Wages | 1,766.67 | 3,533.34 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| The Bancorp Bank | The Bancorp Bank ******3026 | ******3026 | | 1,625.77 | USD |

MediaNews Group Interactive    101 W Colfax Ave , Ste 1100   Denver, CO 80202

| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Grays, Tiffany T | MediaNews Group Interactive | | | 118640 | 10/01/2014 | 10/15/2014 | 10/15/2014 | |
| | | Gross Pay | Pre Tax Deductions | | Employee Taxes | Post Tax Deductions | | Net Pay |
| Current | | 1,816.67 | 50.00 | | 458.72 | 0.00 | | 1,307.95 |
| YTD | | 3,801.04 | 50.00 | | 458.72 | 0.00 | | 3,088.59 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular - Salaried | 10/01/2014-10/15/2014 | 86.67 | 0 | 1,816.67 | 1,816.67 |
| Earnings | | | | 1,816.67 | 1,816.67 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 109.53 | 109.53 |
| Medicare | 25.62 | 25.62 |
| Federal Withholding | 245.57 | 245.57 |
| State Tax - CO | 78.00 | 78.00 |
| Employee Taxes | 458.72 | 458.72 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Parking 101 | 50.00 | 50.00 |
| Pre Tax Deductions | 50.00 | 50.00 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,766.67 | 1,766.67 |
| Medicare - Taxable Wages | 1,766.67 | 1,766.67 |
| Federal Withholding - Taxable Wages | 1,766.67 | 1,766.67 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| The Bancorp Bank | The Bancorp Bank ******3026 | ******3026 | | 1,307.95 | USD |

MediaNews Group, Inc 101 W Colfax Ave, Ste 1100 Denver, CO 80202

| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Grays, Tiffany T | MediaNews Group, Inc | | | 118640 | 09/16/2014 | 09/30/2014 | 09/30/2014 | |

| | | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | | 1,984.37 | 50.00 | 153.73 | 0.00 | 1,780.64 |
| YTD | | 1,984.37 | 50.00 | 153.73 | 0.00 | 1,780.64 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Personal Day | 09/16/2014-09/30/2014 | 8 | 20.9615 | 167.70 | 167.70 |
| Regular - Salaried | 09/16/2014-09/30/2014 | 78.67 | 0 | 1,648.97 | 1,648.97 |
| Retro Pay | 09/16/2014-09/30/2014 | 0 | 0 | 167.70 | 167.70 |
| Earnings | | | | 1,984.37 | 1,984.37 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 119.93 | 119.93 |
| Medicare | 28.05 | 28.05 |
| City Tax - DNVR | 5.75 | 5.75 |
| Employee Taxes | 153.73 | 153.73 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Parking 101 | 50.00 | 50.00 |
| Pre Tax Deductions | 50.00 | 50.00 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,934.37 | 1,934.37 |
| Medicare - Taxable Wages | 1,934.37 | 1,934.37 |
| Federal Withholding - Taxable Wages | 1,934.37 | 1,934.37 |

| | | Federal | State |
|---|---|---|---|
| Marital Status | | Single | Single |
| Allowances | | 0 | 0 |
| Additional Withholding | | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| The Bancorp Bank | The Bancorp Bank ******3026 | ******3026 | | 1,780.64 | USD |